Winshel, Appellant, v. Royal Hubley, Inc.

752

Argued December 14, 1966. *Harry O. Weinberg,* for appellant; *LeRoy Comanor,* for appellees.

Order affirmed.